Sophie Leppanen, as Administratrix, v. Irvel Realty Company.— Motion

to dismiss appeal denied, without prejudice, as stated in order.— Present Clarke, P. J., Dowling, Smith, Page and Davis, JJ.